**Mayfield & Associates - Attorneys at Law**
Gayle Mayfield-Venieris, Esq., Bar No. 149296
mayfield@mayfield-law.com
Melissa L. Bustarde, Esq., Bar. No. 239062
bustarde@mayfield-law.com
Christopher Y. Lock, Esq., Bar. No. 246815
lock@mayfield-law.com
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066
Tel: (858) 793-8090; Fax: (858) 793-8099

Attorneys for: Material Witnesses AUGUSTIN CAVERO-ORTIZ, DONACIANO RAMIREZ-MERINO, and SEVERINO RAMIREZ-MEJIA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ROBERTO TORRES-HERNANDEZ<br>AKA: GREGORIO CRUZ-MERINO (1),<br><br>MIGUEL MERINO-CALVERO (2),<br><br>  Defendants. | Criminal Case No. 08 cr 1165-JM<br>Mag. Docket No.  08 mj 0961<br><br>**APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR MATERIAL WITNESSES AUGUSTIN CAVERO-ORTIZ, DONACIANO-RAMIREZ-MERINO, and SEVERINO RAMIREZ-MEJIA'S MOTION FOR VIDEO DEPOSITION AND RELEASE**<br><br>JUDGE:   Hon. Anthony J. Battaglia<br>CRTRM:<br><br>DATE: May 20, 2008<br>TIME:  3:30 p.m. |

AUGUSTIN CAVERO-ORTIZ ("**CAVERO**"), DONACIANO RAMIREZ-MERINO ("**MERINO**") and SEVERINO RAMIREZ-MEJIA ("**MEJIA**") hereby apply for an Order Shortening Time in which to hear their Motion for Video Deposition and Release.  The Memorandum of Points and Authorities in support of the Motion, filed herewith, demonstrates the hearing of the Motion on shortened time is necessary; specifically, that CAVERO, MERINO, and MEJIA have been incarcerated since March 27, 2008 and have no hope of obtaining a surety to post their bond.

**1 of 2**

United States v. Torres-Hernandez, et al..  (08 mj 0961)(08 cr 1165)
Application for Order Shortening Time to Hear Motion for Material Witnesses' Video Deposition

Dated: May 7, 2008

Mayfield & Associates

By: /s/ Gayle Mayfield-Venieris
Gayle Mayfield-Venieris, Esq.
Attorney for Material Witnesses
AUGUSTIN CAVERO-ORTIZ,
DONACIANO RAMIREZ-MERINO, and
SEVERINO RAMIREZ-MEJIA

Mayfield & Associates
Attorneys at Law
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066

2 of 2

United States v. Torres-Hernandez, et al.. (08 mj 0961)(08 cr 1165)
Application for Order Shortening Time to Hear Motion for Material Witnesses' Video Deposition