Mayfield & Associates - Attorneys at Law
Gayle Mayfield-Venieris, Esq., Bar No. 149296
mayfield@mayfield-law.com
Melissa L. Bustarde, Esq., Bar. No. 239062
bustarde@mayfield-law.com
Christopher Y. Lock, Esq., Bar. No. 246815
lock@mayfield-law.com
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066
Tel: (858) 793-8090; Fax: (858) 793-8099

Attorneys for: Material Witnesses AUGUSTIN CAVERO-ORTIZ, DONACIANO RAMIREZ-MERINO, and SEVERINO RAMIREZ-MEJIA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERTO TORRES-HERNANDEZ<br>AKA: GREGORIO CRUZ-MERINO (1),<br><br>MIGUEL MERINO-CALVERO (2),<br><br>        Defendants. | Criminal Case No. 08 cr 1165-JM<br>Mag. Docket No.   08 mj 0961<br><br>**NOTICE OF MOTION AND MOTION FOR VIDEO DEPOSITION AND RELEASE OF MATERIAL WITNESSES AUGUSTIN CAVERO-ORTIZ, DONACIANO-RAMIREZ-MERINO, and SEVERINO RAMIREZ-MEJIA**<br><br>JUDGE:   Hon. Anthony J. Battaglia<br>CRTRM:<br><br>DATE: May 20, 2008<br>TIME:   3:30 p.m. |

   TO KAREN P. HEWITT, UNITED STATES ATTORNEY, LUELLA CALDITO, ASSISTANT UNITED STATES ATTORNEY, DAVID PETERSON, COUNSEL FOR DEFENDANT ROBERTO TORRES-HERNANDEZ (AKA: GREGORIO CRUZ-MERINO), AND MAHIR SHERIF, COUNSEL FOR DEFENDANT MIGUEL MERINO-CALVERO.

   **PLEASE TAKE NOTICE** that on **May 20, 2008**, at **3:30 p.m.**, Gayle Mayfield-Venieris, counsel for the material witnesses AUGUSTIN CAVERO-ORTIZ ("**CAVERO**"), DONACIANO RAMIREZ-MERINO ("**MERINO**") and SEVERINO RAMIREZ-MEJIA

**1 of 2**

United States v. Torres-Hernandez, et al..   (08 mj 0961)(08 cr 1165)
Notice of Motion & Motion for Video Deposition and Release of Material Witnesses

1  ("**MEJIA**"), will move this Court for an order to take the video deposition of the material
2  witnesses, and for their immediate release.

3  **MOTION**

4  Material witnesses CAVERO, MERINO, and MEJIA, through their counsel, Gayle
5  Mayfield-Venieris, and pursuant to Federal Rules of Criminal Procedure, Rule 15, 18 U.S.C. §§
6  3142 and 3144, hereby move this Court for an order to take their deposition by videotape and
7  release them at the conclusion of the deposition.

8  This Motion is based on this Notice and the Memorandum of Points and Authorities
9  attached and filed herewith, the records of the above-entitled case, and all matters submitted to
10 the Court prior to the determination of this Motion.

12 Dated: May 7, 2008           Mayfield & Associates

14                              By: /s/ Gayle Mayfield-Venieris
                                    Gayle Mayfield-Venieris, Esq.
15                                  Attorney for Material Witnesses
                                    AUGUSTIN CAVERO-ORTIZ,
16                                  DONACIANO RAMIREZ-MERINO, and
                                    SEVERINO RAMIREZ-MEJIA

**2 of 2**

United States v. Torres-Hernandez, et al..  (08 mj 0961)(08 cr 1165)
Notice of Motion & Motion for Video Deposition and Release of Material Witnesses

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066