```
 1  KAREN P. HEWITT
    United States Attorney
 2  LUELLA M. CALDITO
    Assistant U.S. Attorney
 3  California State Bar No. 215953
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California  92101-8893
 5  Telephone: (619) 557-7035
    Luella.Caldito@usdoj.gov
 6
    Attorneys for Plaintiff
 7  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,                          ) | CRIM. CASE NO.     08CR1165-JM |
|---|---|
| Plaintiff,   ) | DATE:       May 16, 2008<br>TIME:       11:00 a.m. |
| ROBERTO TORRES-HERNANDEZ (1),)<br>    aka GREGORIO CRUZ-MERINO,)<br>MIGUEL MERINO-CALVERO (2),     )<br>Defendants.) | Before Honorable Jeffrey T. Miller<br><br>GOVERNMENT'S NOTICE OF MOTION AND MOTION FOR RECIPROCAL DISCOVERY |

<u>NOTICE OF MOTION</u>

TO:    David Peterson, Counsel for Defendant Roberto Torres-Hernandez; and
       Mahir Sharif, Counsel for Defendant Miguel Merino-Calvero..

PLEASE TAKE NOTICE that on Friday, May 16, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Luella M. Caldito, Assistant United States Attorney, will move the court for an order granting the Government's Motion for Reciprocal Discovery.

## MOTION

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and LUELLA M. CALDITO, Assistant United States Attorney, and hereby moves the court for an order granting the Government's motion for reciprocal discovery.

DATED:   May 9, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Luella M. Caldito
LUELLA M. CALDITO
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Luella.Caldito@usdoj.gov

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,               ) | Criminal Case No.  08CR1165-JM |
|                                         ) | |
| Plaintiff,                              ) | |
|                                         ) | **CERTIFICATE OF SERVICE** |
| v.                                      ) | |
|                                         ) | |
| ROBERTO TORRES-HERNANDEZ (1),           ) | |
|      aka GREGORIO CRUZ-MERINO,          ) | |
| MIGUEL MERINO-CALVERO (2),              ) | |
|                                         ) | |
|                                         ) | |
| Defendants.                             ) | |

IT IS HEREBY CERTIFIED THAT:

I, LUELLA M. CALDITO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of GOVERNMENT'S NOTICE AND MOTION FOR RECIPROCAL DISCOVERY
 on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**David Peterson, Counsel for Defendant Torres-Hernandez;**
**Mahir Sharif, Counsel for Defendant Merino-Calvero;** and
**Gayle Mayfield, Counsel for the Material Witnesses**

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 9, 2008.

s/ Luella M. Caldito

LUELLA M. CALDITO