1  **DAVID M.C. PETERSON**
   California State Bar No. 254498
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  E-mail: david_peterson@fd.org

5  Attorneys for Mr. Cruz-Merino

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case No. 08cr1165-JM |
|                     Plaintiff, ) | Date: May 16, 2008 |
|                                 ) | Time: 11:00 a.m. |
| v.                              ) | |
|                                 ) | **NOTICE OF MOTIONS AND** |
| GREGORIO CRUZ-MERINO (1),       ) | **AMENDED MOTIONS TO:** |
|   aka ROBERTO TORRES-HERNANDEZ,) | |
|                                 ) | **(1) COMPEL DISCOVERY;** |
|                                 ) | **(2) PRESERVE AND INSPECT EVIDENCE;** |
| MIGUEL MERINO-CALVERO (2),      ) | **and** |
|                                 ) | **(3) GRANT LEAVE TO FILE FURTHER** |
|                     Defendants. ) | **MOTIONS.** |
|                                 ) | |

19  TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY;
         LUELLA CALDITO, ASSISTANT UNITED STATES ATTORNEY:

21       **PLEASE TAKE NOTICE** that on May 16, 2008, at 11:00 a.m., or as soon thereafter as counsel

22  may be heard, the accused, Gregorio Cruz-Merino, by and through his attorneys, David M.C. Peterson and

23  Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions outlined

24  below.

25  //

26  //

27  //

28  //

## MOTIONS

Defendant, Mr. Cruz-Merino, by and through his attorneys, David M.C. Peterson and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Compel discovery;
(2) Preserve and inspect evidence; and,
(3) Grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

Dated: May 2, 2008

*/s/ David M.C. Peterson*
**DAVID M.C. PETERSON**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Cruz-Merino
david_peterson@fd.org