DAVID M.C. PETERSON
California State Bar Number 254498
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: david_peterson@fd.org

Attorneys for Mr. Fernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. No. 08cr1165-JM |
| Plaintiff, ) | DATE: May 20, 2008 |
| ) | TIME: 3:30 p.m. |
| v. ) | |
| GREGORIO CRUZ-MERINO (1), ) aka ROBERTO TORRES- HERNANDEZ, ) | **MOTION TO SHORTEN TIME** |
| MIGUEL MERINO-CALVERO (2), ) | |
| Defendants. ) | |

The above-named defendant, by and through counsel, moves this Court for an order shortening time in his Motions as listed in the attached pleadings to seven (7) days, to be heard April 21, at 8:30 a.m., or as soon thereafter as counsel may be heard, for the following reason:

Counsel for Mr. Cruz-Merino was in trial.

Respectfully submitted,

DATED: May 15, 2008          */s/ DAVID M.C. PETERSON*
                              DAVID M.C. PETERSON
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Defendant Fernandez

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  May 15, 2008                              /s/ DAVID M. PETERSON
                                                            Federal Defenders of San Diego, Inc.
                                                            225 Broadway, Suite 900
                                                            San Diego, CA  92101-5030
                                                            (619) 234-8467  (tel)
                                                            (619) 687-2666  (fax)
                                                            David_Peterson@fd.org (email)