1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                            SOUTHERN DISTRICT OF CALIFORNIA

9

10    UNITED STATES OF AMERICA,        )        Criminal Case No. 08cr01165-JM
                                       )
11                  Plaintiff,         )
                                       )
12            v.                       )
                                       )        ORDER GRANTING JOINT
13                                     )        MOTION TO CONTINUE VIDEOTAPED
      GREGORIO CRUZ-MERINO (1),        )        DEPOSITION OF THE MATERIAL
14    aka ROBERTO TORRES- HERNANDEZ,   )        WITNESSES
                                       )
15                                     )
      MIGUEL MERINO-CALVERO (2),       )
16                                     )
                                       )
17                  Defendants.        )
      _____)

18

19                                   O R D E R

20          GOOD CAUSE APPEARING, and at the joint request of the parties, **it is hereby ORDERED**

21    that the videotaped material witness deposition in the above entitled case scheduled for Wednesday,

22    June 4, 2008 at 10:00 a.m., be continued to Friday, ***June 6, 2008 at 10:00 a.m.***

23          IT IS SO ORDERED.

24
      DATED:  June 2, 2008
25
                                                _____
26                                              Hon. Anthony J. Battaglia
                                                U.S. Magistrate Judge
27                                              United States District Court

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28