# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> *Gregorio Cruz-Moreno* ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. __08CR1165-JM__ <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

*Silverino Ramirez-Mejia*

DATED: __6/3/08__

**ANTHONY J. BATTAGLIA**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by  *Y. Madueno*   Y. MADUENO  
Deputy Clerk