# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff<br><br>vs.<br><br>*Gregorio Cruz-Merino*<br>       Defendant(s) | CRIMINAL NO. __08CR1165-JM__<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

*Graciano Ramirez-Merino*

DATED: __6/3/08__

                                    **ANTHONY J. BATTAGLIA**
                                UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

                                  OR

                      W. SAMUEL HAMRICK, JR.  Clerk
                      by _____ **X. MADUENO**
                             **Deputy Clerk**