1  KAREN P. HEWITT
   United States Attorney
2  LUELLA M. CALDITO
   Assistant United States Attorney
3  California State Bar No. 215953
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-7035
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA



8
                   UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,       )  Criminal Case No. 08CR1165-JM
                                    )
12              Plaintiff,          )
                                    )  STIPULATION OF FACT AND JOINT
13       v.                         )  MOTION FOR RELEASE OF
                                    )  MATERIAL WITNESS AND ORDER
14  ROBERTO TORRES-HERNANDEZ (1),   )  THEREON
       (aka Gregorio Cruz-Merino)   )
15              Defendant.          )
                                    )

16       **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and

18  Luella M. Caldito, Assistant United States Attorney, and defendant Roberto Torres-Hernandez, aka

19  Gregorio Cruz-Merino, by and through and with the advice and consent of defense counsel,

20  David M.C. Peterson of Federal Defenders of San Diego, Inc., that:

21       1.    Defendant agrees to execute this stipulation on or before the disposition hearing and

22  to participate in a full and complete inquiry by the Court into whether defendant knowingly,

23  intelligently and voluntarily entered into it.

24       2.    The material witnesses, Agustin Cavero-Ortiz, Donaciano Ramirez-Merino, and

25  Silverino Ramirez-Mejia, in this case:

26       a.    Are aliens with no lawful right to enter or remain in the United States;

27       b.    Entered or attempted to enter the United States illegally on or about

28  March 27, 2008 with the assistance of codefendant Miguel Merino-Calvero, who acted as their foot
    guide;

      c.    Were found with codefendant Miguel Merino-Calvero in a vehicle driven by Defendant near Old Highway 395 and within the Southern District of California and that Defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

      d.    Were paying or having others pay on their behalf $1000 to $1200 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

      e.    May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

3.    After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant withdraws his guilty plea to the charge set forth above, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

      a.    The stipulated facts set forth in paragraph 2 above shall be admitted as substantive evidence;

      b.    The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

      c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case.

4.    By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

Stipulation of Fact and Joint Motion for Release of
Material Witness And Order Thereon in
United States v. Torres-Hernandez (1)    2    08CR1165-JM

1     Based on the foregoing, the parties jointly move the stipulation into evidence and for the
2 immediate release and remand of the above-named material witness to the Department of Homeland
3 Security for return to their country of origin.
4     It is STIPULATED AND AGREED this date.

5                                              Respectfully submitted,

6                                              KAREN P. HEWITT
                                               United States Attorney

8 Dated: June 3, 2008.

                                               LUELLA M. CALDITO
9                                              Assistant United States Attorney

10 Dated: 6.3.2008

11                                             DAVID M.C. PETERSON
                                               Defense Counsel for
12                                             Roberto Torres-Hernandez, aka
                                               Gregorio Cruz-Merino

14 Dated: 6.3.2008 .

                                               ROBERTO TORRES-HERNANDEZ
15                                             (AKA GREGORIO CRUZ-MERINO)
                                               Defendant

# ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witnesses be released and remanded forthwith to the Department of Homeland Security for return to her country of origin.

**SO ORDERED.**

Dated: 6/3/08

[signature]

Stipulation of Fact and Joint Motion for Release of Material Witness And Order Thereon in United States v. Torres-Hernandez (1)

4

08CR1165-JM