

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Civil No.   Southern District No. 08cr1165-JM |
|---|---|
| Plaintiff, | **ORDER APPOINTING COUNSEL FOR APPEAL** |
| v. | |
| GREGORIO CRUZ-MERINO, | |
| Defendant. | |

On September 4, 2008, the Honorable Jeffrey T. Miller requested Magistrate Judge Louisa S Porter locate counsel for Defendant GREGORIO CRUZ-MERINO, for appeal purposes. Accordingly, **IT IS HEREBY ORDERED**:

1. **David M.C. Peterson, Esq.**, is relieved as counsel.

2. **Robert L. Swain, Esq.**, is appointed to represent Defendant GREGORIO CRUZ-MERINO, Southern District of California number 08cr1165-JM.

3. The Clerk of Court for the Southern District of California shall prepare and mail a CJA Voucher, a copy of this order, and the attached order and docket sheet *immediately* to **Robert L. Swain, Esq., 964 Fifth Avenue, Suite 214, San Diego, CA 92101.** Counsel's telephone number is **(619) 544-1494**.

///

///

1      4.      The Clerk of the Court for the Southern District of California shall mail a courtesy copy of this Order to the United States Court of Appeals for the Ninth Circuit *immediately*.

DATED: September 8, 2008

                                             LOUISA S PORTER
                                             United States Magistrate Judge

cc:      All parties
        Ninth Circuit Court of Appeals
        District Judge
        CRD Preparing Vouchers